Ida Pollock, Appellant, v. Solomons' Independent Consumers' Ice Company and Others, Respondents.— Judgment affirmed, with costs. No

opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Van Emden, Appellant, v. National Distilling Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.